No. 1123, Misc. BLEVINS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1131, Misc. DUTTON *v.* EYMAN, WARDEN, ET AL. Supreme Court of Arizona. Certiorari denied: 

No. 71. FEDERAL POWER COMMISSION *v.* SOUTHERN CALIFORNIA EDISON CO. ET AL., 376 U. S. 205;

No. 73. CITY OF COLTON *v.* SOUTHERN CALIFORNIA EDISON CO. ET AL., 376 U. S. 205;

No. 106. COMPCO CORPORATION *v.* DAY-BRITE LIGHTING, INC., 376 U. S. 234;

No. 468. GALANTE *v.* UNITED STATES, 375 U. S. 940;

No. 739. MIGUEL ET AL. *v.* JUSTICES OF THE SUPREME COURT OF NEW YORK, COUNTY OF NEW YORK, ET AL., 376 U. S. 937;

No. 742. KAISER ET AL. *v.* NEW JERSEY, 376 U. S. 950;

No. 968, Misc. DI SILVESTRO *v.* LUMBARD, U. S. CIRCUIT JUDGE, ET AL., 376 U. S. 948; and

No. 1106, Misc. POWERS *v.* UNITED STATES, 376 U. S. 947. Petitions for rehearing denied.

No. 669, Misc. ZUPICICH *v.* ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, 376 U. S. 933. Motion for leave to file petition for rehearing denied.

Nos. 671, Misc., and 843, Misc. CEPERO *v.* PRESIDENT OF THE UNITED STATES ET AL., 376 U. S. 512. Petition for rehearings denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.